UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAWN J. HOINES,

              Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

              Defendant.

CASE NO. C15-1048BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**.

(2) Defendant's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration consistent with the R&R.

(3) Judgment is for Plaintiff and this case should be closed.

Dated this 1st day February, 2016.

                                            BENJAMIN H. SETTLE
                                            United States District Judge